1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    SONNY MARTIN,                              No.  2:16-CV-3050-MCE-DMC-P

12              Plaintiff,

13         v.                                    <u>ORDER</u>

14    I. MACIAS, et al.,

15              Defendants.

16

17        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to   42

18    U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern

19    District of California local rules.

20        On May 15, 2019, the Magistrate Judge filed findings and recommendations herein which

21    were served on the parties and which contained notice that the parties may file objections within

22    the time specified therein.  No objections to the findings and recommendations have been filed.

23        The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and the Magistrate Judge's analysis.

25    / / /

26    / / /

27    / / /

28    / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed May 15, 2019, (ECF No. 11) are ADOPTED in full; and

2.    Plaintiff's claims against defendants K. Steele, D. Baughman, and Scott Kernan are DISMISSED.

IT IS SO ORDERED.

Dated:  June 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2